# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0023, A19E0024. HILL v. HILL.**

Upon consideration of appellant's emergency motions for an extension of time to file applications for discretionary appeal, it is ordered that an extension be granted in the above-referenced cases through and including January 14, 2019.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/10/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*